IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

RONALD CHARLES HESS,                    )
                                        )
                    Plaintiff,          )
                                        )
        vs.                             )         No. CIV-12-1040-C
                                        )
OKLAHOMA DEPARTMENT OF                  )
CORRECTIONS, et al.,                    )
                                        )
                    Defendants.         )

## O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on October 15, 2012.  The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted. If the initial partial filing fee is not paid within twenty (20) days from the date of this Order, the action will be dismissed.

IT IS SO ORDERED this 28th day of November 2012.

ROBIN J. CAUTHRON
United States District Judge